01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN C. LEIKNESS,                     )   CASE NO. C04-2348-MJP
                                      )
          Plaintiff,                  )
                                      )
     v.                               )   ORDER REGARDING CONSENT
                                      )
JO ANNE B. BARNHART, Commissioner     )
of Social Security Administration,    )
                                      )
          Defendant.                  )
_____ )

The above-captioned matter comes before the court *sua sponte*. The parties have consented to proceed before the undersigned magistrate judge (Dkts. 4 and 14). However, after a detailed review of the Administrative Record, it has come to the attention of the court that a potential conflict of interest may exist in this case, such that the undersigned has decided to recuse herself from this case.

The Clerk was directed to assign this matter randomly to one of the remaining magistrate judges. This matter is now assigned to Judge Monica J. Benton for further proceedings. The parties shall, on or before June 6, 2005, notify the court whether the parties will consent to having Judge Benton conduct all proceedings, including entry of order and judgment, pursuant to 28 U.S.C. § 636(c) and Local Rule MJR 13. If the parties do not consent, this matter will be assigned

_____

[1] The Notice of Initial Assignment to a Magistrate Judge informs plaintiff's counsel of defendant's General Consent on file with the court.

ORDER REGARDING CONSENT
PAGE -1

01 to a District Judge, and Judge Benton will be re-assigned as Referral Judge for issuance of a

02 Report and Recommendation.

03      A copy of this consent form has been sent to each attorney and unrepresented party of

04 record in this case.  Please indicate your individual decision and return this form to the attention

05 of Judy Nothern, Clerk's Office, United States Courthouse, 700 Stewart Street, Lobby Level,

06 Seattle, Washington 98101; (206)370-8420.

07      DATED this  27th  day of  May, 2005.

08

09

10 Mary Alice Theiler
   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REGARDING CONSENT
PAGE -2

01                              <u>NOTICE OF CONSENT</u>

02   Case Name:    John C. Leikness v. Jo Anne B. Barnhart

03   Case No.:     C04-2348-MJB

04   Due Date:     06/06/05

05        Name:          _____

06        Signature:     _____

07        I hereby consent to referral of the case to Judge Benton      _____

08        I do not consent to referral of the case to Judge Benton      _____

09        Date:    _____

10

11

12   **Return to:      Judy Nothern**
     **Clerk's Office, United States Courthouse**
     **700 Stewart Street, Lobby Level**
13   **Seattle, Washington 98101**

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REGARDING CONSENT
PAGE -3