UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN C. LEIKNESS, ) | |
| ) | |
|     Plaintiff, ) | CASE NO.  C04-2348-MJB |
| ) | |
| v. ) | ORDER AWARDING PLAINTIFF |
| ) | ATTORNEY'S FEES PURSUANT |
| JO ANNE B. BARNHART, ) | TO THE EQUAL ACCESS TO |
| Commissioner of Social Security, ) | JUSTICE ACT |
| ) | |
|     Defendant. ) | |
| _____) | |

The above-named parties have filed a stipulation for attorney's fees to be paid by the Defendant pursuant to the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412, in the amount of $3,699.33.  Dkt. #23.

The Court finds that the stipulated attorney's fees in the amount of $3,699.33 is reasonable in light of the work performed and the result achieved.

It is therefore ORDERED that Plaintiff's counsel is awarded attorney fees in the amount of $3,699.33, pursuant to the EAJA, 28 U.S.C. § 2412.

DATED this 13th  day of October, 2005.

                                                                    /s/ Monica J. Benton
                                                                   MONICA J. BENTON
                                                                   United States Magistrate Judge

ORDER - 1